IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

WILSON L. CLOW JR.,

    Plaintiff,

v.

GRANTS PASS PUBLIC SAFETY
OFFICER J. MOORE, et al.,

    Defendants.

Case No. 1:12-cv-149-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation, so I have reviewed this matter *de novo*. I agree with Magistrate Judge Clarke that the complaint does not state a claim for relief against the Josephine County District Attorney's Office because of absolute prosecutorial immunity. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#51) is adopted. Defendant Josephine County District Attorney's Office's motion to dismiss (#15) is granted with prejudice.

IT IS SO ORDERED.

DATED this ___1___ day of August, 2012.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE